(91 South. 177)

No. 24974.

CITY OF NEW ORLEANS v. LE BLANC.

(Jan. 2, 1922. On Rehearing, Feb. 27, 1922.)

Appeal from Recorder's Court, Parish of New Orleans, Traffic Division; John M. Duffy, Recorder.

W. E. Le Blanc was convicted of a violation of an ordinance of the City of New Orleans relative to operating "to hire" automobile, and appeals. Affirmed.

Wm. H. Byrnes, Jr., and Daly & Hamlin, all of New Orleans, for appellant.

Ivy G. Kittredge, City Atty., and Roland B. Howell, Asst. City Atty., both of New Orleans, for appellee.

LAND, J. The issues involved in this case, being similar to those decided in the case of the city of New Orleans v. Peter Calamari (No. 24973) 91 South. 172,[1] on the docket of this court, for the reasons assigned in the opinion handed down in that case, the judgment of the lower court is affirmed.

On Rehearing.

By the WHOLE COURT.

O'NIELL, J. The issue tendered in this case has been disposed of by the opinion and decree handed down to-day in the case entitled City of New Orleans v. Peter Calamari (No. 24973) 91 South. 172,[1] on rehearing. For the reasons given in that case

The decree heretofore rendered in this case is now reinstated and made the final judgment and decree of this court.

PROVOSTY, C. J., dissents. See ante, p. 743, 91 South. 174.